## IN RE CARL O.

The respondent father's petition for certification for appeal from the Appellate Court, 10 Conn. App. 428, is denied.

*Lawrence A. Dubin,* in support of the petition.

*Michael O'Connor,* assistant attorney general, in opposition.

Decided May 21, 1987

## IN RE CARL O.

The respondent mother's petition for certification for appeal from the Appellate Court, 10 Conn. App. 428, is denied.

*Melissa A. Buckley,* in support of the petition.

*Michael O'Connor,* assistant attorney general, in opposition.

Decided May 21, 1987

## LIONEL R. GELINAS *v.* DONNA B. GELINAS

The defendant's petition for certification for appeal from the Appellate Court, 10 Conn. App. 167, is denied.

*M. Hatcher Norris,* in support of the petition.

Decided May 21, 1987

## GEORGE BATTISTA, JR. *v.* THE UNITED ILLUMINATING COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 10 Conn. App. 486, is denied.

*Richard P. Sperandeo,* in support of the petition.

Decided May 27, 1987